**PHILLIPS DAYES**
NATIONAL EMPLOYMENT LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
Telephone: 1-800-JOB-LAWS
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
(602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kelly Borgstrom,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>M&M Dentistry, Inc., an Arizona corporation; Lubomir Mihaylov and Maria Mihaylov, husband and wife,<br><br>　　　　　　Defendants. | Case No.: CV-14-01658-PHX-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

　　　　Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of her dismissal of this action.

Dated: September 29, 2014　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**PHILLIPS DAYES NATIONAL EMPLOYMENT LAW FIRM PC**

　　　　　　　　　　　　　　　　　　By　/s/Sean C. Davis
　　　　　　　　　　　　　　　　　　　　Sean C. Davis
　　　　　　　　　　　　　　　　　　　　seand@phillipsdayeslaw.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2014, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

None

Courtesy copy of the foregoing served by email upon:

George L. Paul
George L. Paul, P.C.
Stella Suite 3
4507 North 12th Street
Phoenix, Arizona 85014
George@GeorgePaulLaw.com
*Attorney for Defendants (no appearance)*

By: /s/Ron Foltz
  Ron Foltz
  Legal Case Manager (Non Attorney)
  for Sean C. Davis